750

peals of New York denied. Petitioner *pro se. Mr. Henry J. Walsh* for respondent.

No. 252. VAN PELT *v.* ILLINOIS. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 271. MARCINKOWSKI *v.* NEW YORK. October 8, 1945. Petition for writ of certiorari to the Supreme Court of New York denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Wendell P. Brown,* First Assistant Attorney General, for respondent.

No. 273. TAIT *v.* ILLINOIS. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 308. EULER *v.* RAGEN, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court, Livingston County, Illinois, denied.

No. 312. CLARK *v.* NIERSTHEIMER, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court, Randolph County, Illinois, denied.

No. 313. GASH *v.* NIERSTHEIMER, WARDEN. October 8, 1945. Petition for writ of certiorari to the Circuit Court, Randolph County, Illinois, denied.

No. 335. FOSTER *v.* WHITECOTTON, WARDEN. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied.